UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BARRY JOHN SANFORD,<br><br>Petitioner, | Case No. 20-cv-5389 BLF (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION AND PETITION**<br><br>(Docket No. 6) |

On August 4, 2020, Petitioner, a California state prisoner, filed a letter which was construed as an attempt to file a petition for a writ of habeas corpus under 28 U.S.C. § 2254.[1] Dkt. No. 1. On the same day, the Clerk sent Petitioner two separate notices informing him that he must 1) file a petition on the court form and 2) either pay the filing fee or file an *In Forma Pauperis* ("IFP") application within twenty-eight days or face dismissal. Dkt. Nos. 2, 4. On August 24, 2020, Petitioner filed a letter requesting an extension of time to file a petition and an IFP application due to limited resources. Dkt. No. 6.

Good cause appearing, Petitioner's request is GRANTED. Petitioner shall file a petition on the court form and file the necessary documents to complete his IFP application

---

[1] This matter was reassigned to this Court on August 26, 2020. Dkt. No. 8.

**no later than twenty-eight (28) days** from the filing date of this order. Failure to file a complete IFP application in the time provided shall result in this action being dismissed without prejudice and without further notice to Plaintiff.

**IT IS SO ORDERED.**

Dated:  __September 2, 2020_____

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file IFP App.
P:\PRO-SE\BLF\HC.20\05389Sanford_eot-ifp.docx

2